IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00536-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAMES W. KEITH,

    Applicant,

v.

STEVEN GREEN, Warden, and
CYNTHIA COFFMAN, the Attorney General of the State of Colorado,

    Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

On March 3, 2016, Applicant, James W. Keith, filed *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action (ECF No. 3).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted

(2)  ___   is missing affidavit
(3)  ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  ___   is missing authorization to calculate and disburse filing fee payments
(7)  ___   is missing an original signature by the prisoner
(8)  _X_   is not on proper form.  Applicant must use the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action – not the form for appeals.
(9)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other:  In the alternative, Applicant may pay the $5.00 filing fee.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) ___   is not on proper Court-approved form
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos.
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other:).

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the proper Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Applicant must use the Court-approved forms when curing the deficiency.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED March 7, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge